AO 91 (Rev. 11/11) Criminal Complaint

Clerk, U.S. District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District Of Texas

JUN 1 0 2015

David J. Bradley, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. C-15-731 M |
| PULIDO, Perla | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/9/2015__ in the county of __Kenedy__ in the Southern District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. 841 (a)(1) | Knowingly, intentionally and unlawfully possess with intent to distribute a controlled substance in Schedule II of the Controlled Substance Act of 1970 to wit: 9.20 kilograms (agw) of cocaine. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
Complainant's signature

James Pool, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/10/2015

_____
Judge's signature

City and state: Corpus Christi, Texas

Jason Libby, US Magistrate Judge
Printed name and title

Attachment "A"

On June 9, 2015 at approximately 2:00 P.M., a Grey in color, 2008 Dodge Avenger bearing TX BJ9R739 entered the primary lane for inspection at the Sarita Border Patrol Checkpoint.

Border Patrol (BPA) Blake Vogt conducted an immigration inspection of the female driver later identified as, Perla PULIDO and the juvenile male passengers. PULIDO stated she was a Citizen of the United States. BPA Vogt received no immediate response from the juvenile male passengers. BPA Vogt noticed the third passenger, a one year old child who was in a child car seat in the back seat of the vehicle. PULIDO stated the child was her son and he was born in the United States. BPA Vogt asked PULIDO where she was going.  PULIDO stated that she was going to Driscoll Hospital in Corpus Christi for a doctor's appointment for her child. BPA Vogt asked PULIDO what time her appointment was and who was the doctor. PULIDO was hesitant in her answers and appeared to be nervous about BPA Vogt questions. PULIDO stated that she did not have an appointment, she just needed to show up to get the medical treatment her child needed. BPA Vogt then asked PULIDO if the vehicle belonged to her. PULIDO stated that it was not and stated she borrowed it from her cousin to use to go to the appointment at Driscoll Hospital. BPA Vogt then asked for a second time the citizenship of the juvenile male passengers he stated was a United States citizen.  BPA Vogt then asked for consent to search the trunk of the vehicle.  Perla PULIDO gave consent to the search, the truck was opened and BPA Vogt observed a speaker box with no wiring connected it to the vehicle. BPA Vogt asked PULIDO if she would consent to a search of the entire vehicle.  PULIDO gave consent and the vehicle was referred to the secondary inspection area.

Once in the secondary area, BPA Vogt, assisted in getting all three occupants out of the vehicle and into the waiting area. Border Patrol Agent Art Valdez searched the vehicle and found numerous bundles of an unknown substance concealed underneath the back passenger seat.  BPA Vogt was immediately notified of the discovery; PULIDO was placed under arrest and escorted inside the Border Patrol checkpoint.  The juvenile passenger and PULIDO's one year old son were escorted inside the checkpoint.

Upon a further search, 8 bundles of Cocaine weighing approximately 9.22 Kilograms were discovered. Perla PULIDO was placed under arrest and detained inside the Border Patrol checkpoint for further questioning and processing.

After being read her Maranda Warning PULIDO agreed to make a statement without the presents of an attorney present. PULIDO admitted that she knew she was transporting narcotics in the vehicle. PULIDO stated was taking the vehicle to Corpus Christi and was going to drop the car off to an unknown individual at a Wal-Mart store. PULIDO stated she did not know which Wal-Mart. PULIDO stated that she was going to receiving a call from the individual when she arrived in Corpus Christi with instructions where to take the car. PULIDO stated that she was going to be paid $1000.00 U.S. Currency if she was successful in delivering the drugs to Corpus Christi. PULIDO stated that at approximately 12:00 P.M. she picked up the vehicle close to the Gateway Port of Entry Bridge in Brownsville, Texas. PULIDO stated after she had got the vehicle she went to pick up the juvenile male. They then proceeded to go to Corpus Christi, Texas.

On June 09, 2015 TFO James Pool and TFO Kody Harrison responded to the Sarita Border Patrol Checkpoint and assumed the investigation into the arrest of Perla PULIDO. TFO Pool read PULIDO her Maranda warning. PULIDO stated that she understood her rights. PULIDO made the same statement she had made to Border Patrol Agents. No questions were asked of the juvenile passenger. The juvenile and Pulido's son were both released to family members at the Sarita Border Patrol Checkpoint.